[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  12-12703
Non-Argument Calendar
_____

D.C. Docket No. 6:11-cr-00076-GAP-DAB-3


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GLADYS RIVERA,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____
(December 3, 2012)

Before MARCUS, JORDAN, and KRAVITCH, Circuit Judges.

PER CURIAM:

Charles E. Taylor, appointed counsel for Gladys Rivera in this direct criminal

appeal, has filed both a motion to withdraw from further representation of Ms. Rivera

and a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Ms. Rivera has not objected to the *Anders* brief filed by Mr. Taylor, and our independent review of the entire record reveals that Mr. Taylor's assessment of the relative merit of Ms. Rivera's appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, Mr. Taylor's motion to withdraw is **GRANTED**, and Ms. Rivera's conviction and sentence are **AFFIRMED.**